# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

'06 FEB -3

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

February 3, 2006

TO ALL COUNSEL OF RECORD

    Subject: *Deanna Rutherford v. CRU Building Corporation*
              Civil Action No. MJG-03-1329

Dear Counsel:

    A copy of the Report and Recommendation of the United States Magistrate Judge is enclosed. Any objections you wish to make thereto must be made in accordance with Federal Rule of Civil Procedure 72, a copy of which is also enclosed. <u>Note</u>: Failure to file timely objections to the findings and recommendations set forth in this Report and Recommendation may result in waiver of your right to appeal from a judgment of this Court based on such findings and recommendations.

                              Very truly yours,

                              Charlotte M. Wyatt
                              Judicial Assistant

                     By: *Charlotte M. Wyatt*
                           Deputy Clerk

cw
Enclosures: as described
cc: The Hon. Marvin J. Garbis
     Court file